FILED

04/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0030

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0030

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CORENA MARIE MOUNTAIN CHEIF,

Defendant and Appellant,

## ORDER

Upon consideration of Appellant's unopposed motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including May 26, 2022, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 25 2022